UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| ROBERT LYNN COMPANY, INC., and ROBERT LYNN, | ) ) ) | |
| Appellants, | ) ) | 4:15-cv-00030-RLY-WGH |
| vs. | ) ) | |
| KATHRYN L. PRY The Chapter 7 Trustee for the Bankruptcy Estate of Daniel R. Lynn, | ) ) ) ) | |
| Appellee. | ) ) | |
| IN RE: | ) ) | Bankruptcy Court Case No. 12-91668-BHL-7 |
| DANIEL R. LYNN, | ) ) | |
| Debtor. | ) ) | |
| KATHRYN L. PRY, the Chapter 7 Trustee for the Bankruptcy Estate of Daniel R. Lynn, | ) ) ) ) | |
| Plaintiff, | ) ) | Bankruptcy Court Adversary Proceeding No. 13-59067 |
| vs. | ) ) | |
| ROBERT LYNN COMPANY, INC. and ROBERT LYNN, | ) ) ) | |
| Defendants. | | |

**ENTRY ON PENDING MOTIONS**

Two motions pend in this bankruptcy appeal: (1) Appellee's Motion to Strike

Portion of Appellants' Statement of Issues on Appeal and (2) Appellee's Motion to

1

Dismiss Appeal or, in the Alternative, to Strike Appellants' Brief and for Sanctions. From a review of the filings in this case, it appears that the Appellant filed two identical appeals, Cause No. 4:15-cv-30-RLY-WGH and Cause No. 4:15-cv-29-TWP-TAB. Appellants readily admit they "[are] not sure why there are . . . two separate judges handling the appeal and request[] that the Court dismiss the Appeal of Robert Lynn (4:15-cv-0030-RLY-WGH)." (Filing No. 15 at 2). Accordingly, Appellee's Motion to Dismiss Appeal (Filing No. 12) is **GRANTED**, and Appellee's Motion to Strike (Filing No. 10) is **DENIED as MOOT**.

Appellee requests sanctions for Appellants' deficient filings related to this appeal filed in the bankruptcy court and for Appellants' deficient brief. Appellee's Request for Sanctions is **DENIED**. The court understands Appellee's frustration; however, the court does not find Appellants' procedural errors and errors as to form merit monetary sanctions.

**SO ORDERED** this 28th day of September 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.